UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JORDAN D. KNIPPLING, | ) |
| Plaintiff, | ) ) |
| | ) CV-08-402-CI |
| v. | ) |
| | ) **JUDGMENT** |
| SGT. MAGNUSON, | ) |
| | ) |
| Defendant. | ) |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**. Plaintiff's Motion to Voluntarily Dismiss is **DENIED**. Defendant's Reply to the Court's Order to Show Cause is construed as a Motion for Involuntary Dismissal With Prejudice and is **GRANTED**. Defendant's Motion for Summary Judgment is **GRANTED**, and Judgment is entered for Defendant.

DATED: March 26, 2010

JAMES R. LARSEN

District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk